# Exhibit A

## AFFIDAVIT OF JAMES WILLIAMS

Personally appeared before me, the undersigned officer duly authorized to administer oaths, James Williams, who, upon oath, deposes and says the following:

1.    I am James Williams, and this Affidavit is made for use in any lawful purpose. The facts contained in this affidavit are true and correct and are based upon my personal knowledge and information. I am over the age of 21 years and fully competent to state each and every fact contained herein.

2.    I, along with my wife Laurie Williams, are co-owners of the website "LAWYERFINDER", which is located at the domain name: www.lawyerfinder.com.

3.    On or about March, 25, 1997, I purchased the domain name: "www.lawyerfinder.com" and began building a website on that domain to continue using the LAWYERFINDER brand to market and sell services related to an online legal directory.

4.    I began using the LAWYERFINDER trademark in commerce on or about April, 1997.

5.    Since this date, I have attempted to continuously improve the layout and features of the www.lawyerfinder.com site. As such, I have an intimate understanding regarding the development and changes to the LAWYERFINDER website over the last fourteen years

6.    I have reviewed the contents of the websites printed from the Internet Archive's Way Back Machine website, which were attached as Exhibit "C" to our Petition to Cancel.

7.    Based upon my personal knowledge of the different versions of the websites over the years, the images of the websites shown in Exhibit "C" accurately reflect my recollection of how our LAWYERFINDER website appeared on the dates indicated on the printouts.

8.    On June 16th, 2000 my wife and I filed a trademark application, Serial No. 78013019, for the mark LAWYERFINDER. However, this application was ultimately abandoned after we failed to respond to an office action sent by the Examining Attorney.

9.    Our website services have been used in the United States by individuals attempting to locate legal counsel and by attorneys wishing to advertise their practices.

10.   My wife and I have invested substantial financial and temporal resources to develop, market and maintain our LAWYERFINDER trademark.

11.     Through widespread and continuous use, our LAWYERFINDER trademark has acquired a good reputation and has become a valuable asset.

12.     Our LAWYERFINDER trademark has become distinctive of our services and has become known in the minds of the public as identifying the source of our services.

13.     The LAWYERFINDER.COM trademark registration is identical or confusingly similar to our LAWYERFINDER trademark and our website domain www.lawyerfinder.com.

14.     I have reviewed the services described in the LAWYERFINDER.COM Registration are they are either identical or closely related to the service we provide under our LAWYERFINDER trademark.

15.     In view of the similarity of Registrant's mark with our LAWYERFINDER trademark, and in view of the nearly identical type of services these marks are used to promote, I believe substantial confusion will continue to develop in the marketplace. Furthermore, the Registration will continue to falsely suggest that we are affiliated with Registrant and their services.

16.     The continued registration of the subject mark of the Registration is causing injury to our rights in our trademark, our investment in our trademark, and it will continue to do so until the Registration is cancelled.

FURTHER AFFIANT SAYETH NOT.

James Williams

Sworn to and subscribed
Before me this _9th_ day of
January, 2012.

Notary Public

My commission expires:

[ Aug 8, 2015

MALIROTH PHANG ]
Notary Public
Frederick County
Maryland
My Commission Expires Aug 8, 2015

# Exhibit B



www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA 94118

# AFFIDAVIT OF CHRISTOPHER BUTLER

1. I am the Office Manager at the Internet Archive, located in San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 150 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address).  If archived records for a URL are available, the visitor will be presented with a list of available dates.  The visitor may select one of those dates, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the page upon which the link appeared and was clicked.

4. The archived data made viewable and browseable by the Wayback Machine is compiled using software programs known as crawlers, which surf the Web and automatically store copies of web files, preserving these files as they exist at the point of time of capture.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] (note: for files obtained via the "classic" Wayback Machine interface, the foregoing URL format would begin with http://classic-web.archive.org/web/).  Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on a page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate copies of printouts of the Internet Archive's records of the HTML files for the URLs and the dates specified in the footer of the printout.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 12/8/11

_____
Christopher Butler

# Exhibit A

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 8th
day of December , 20 11 , by Christopher Butler

proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

JAMES RICHARD PRECIT
Commission # 1942800
Notary Public - California
San Francisco County
My Comm. Expires Jul 1, 2015

(Seal)                                   Signature



Search for lawyers in your area by name, city, state, statistical area or specialty.

LawyerFinderÔ has something to offer **you, too!**

**About LawyerFinder**

Find out how LawyerFinderÔ is dedicated to providing the most comprehensive search for attorneys nationwide.

We are dedicated to providing our users with the best legal resources available. Contact us if you have any comments or suggestions.

**Find a Lawyer    Attorney's Page    Comments    Disclaimer**

*LawyerFinderÔ is a proclaimed trademark of Professional Internet Solutions.*

Ó 1997 Professional Internet Solutions

# LawyerFinder™



**News!**
LawyerFinder wins Awards!

Wired's Internet Law

**Publications**
-National Law Journal
-Law Journal Extra
-Technology Law Journal
-Lawyer's Weekly
-Law Office Computing

**Add a firm!**
**FREE!** Add your firm or practice to the LawyerFinder database.

**Feedback**
Give us your feedback and suggestions for LawyerFinder!

**Advertise**
Advertise your products or services here on LawyerFinder!

Welcome to *LawyerFinder*, the most complete legal resource
site on the web!

**LawyerFinder WINS AWARD!**



**LawyerFinder was chosen as the third place winner for
Quick-Solutions Online's "Best Business Home Page!"**

**Find a Lawyer!**
Search our database of lawyers by area of practice!

**Books, Books, Books**
Check out our selection of law related books available from this
site "in association with amazon.com".

**Legal Software**
Do-it-yourself with these useful law packages, forms and tools.

**Attn: Attorneys**
Add your firm to the quickly growing LawyerFinder Database!

**Submit an article**
Are you a legal professional, non-lawyer, entrepreneur or law
student with something to say about a law related topic? If so,
you can submit your writings to LawyerFinder for publishing
consideration. If we use your article you can accrue FREE
advertising space on our site!

**Search for law-related books by author's name, title or
subject words :**



| Home |
|---|
| About LawyerFinder |
| Find a Lawyer |
| Lawyer's Bench |
| Business Law |
| Technology Law |
| Books & Software |
| Other Resources |

**ATTN: Lawyers**
Get your firm's
billboard on
LawyerFinder!





---

About LawyerFinder / Disclaimer / Contact Us / Advertising Info / Add a firm

© 1998 Professional Internet Solutions. All Rights Reserved.
LawyerFinder is a trademark of Professional Internet Solutions. All other products mentioned are trademarks or
registered trademarks of their respective holders.



Find an Attorney in your area!
It's FREE, quick & easy to use!!

***Your Legal Resource Guide***

**Home    About Us    Contact Us**

Thursday, December 08, 2011.

**Find a Lawyer by Area of Practice and State**

| Area of Practice | State | **Find a Lawyer** |

**Find Lawyers using other Lawyer Search Options**

## United States Law

**Federal Government**
Executive, Legislative, Judicial

**State Government**
California, Delaware, Florida, ...

## US States' Law

**States' Law**
CA, DC, FL GA, VA, ...

**US State' Law Directory**
Go to...

## Legal Marketplace

- ▶ **Expert Witnesses** (Index)
- ▶ **Court Reporters** (Index)
- ▶ **Legal Investigators** (Index)
- ▶ **Process Servers** (Index)
- ▶ **ADR Professionals** (Index)
- ▶ **Software** (Index)
- ▶ **Hardware & Technology** (Index)
- ▶ **Consultants & Support** (Index)
- ▶ **Legal Marketing Consultants**
- ▶ **Translators**
- ▶ **Legal Forms by Legal Subject**
- ▶ **Legal Forms by State**
- ▶ **Law Related Books**

## Practice Area Resources

- ▶ **Banking Law**
- ▶ **Bankruptcy Law**
- ▶ **Business Law**
- ▶ **Contract Law**
- ▶ **Corporate Law**
- ▶ **Criminal Law**
- ▶ **Family Law**
- ▶ **Internet Law**
- ▶ **Personal Injury**
- ▶ **Real Estate Law**
- ▶ **Trusts & Estates**
- ▶ **Wills & Probate**
- ▶ **Workers Compensation**

...more Practice Areas

## Legal Professional Resources

- ▶ **Legal Marketing Resource Guide**
- ▶ **Discussion Groups for Legal Pros**
  - Legal Marketing Forums
  - Practice Area Forums
  - Continuing Legal Education Forum
  - Legal Research Forum
  ... more forums
- ▶ **Practice Area Resources**
- ▶ **US States' Resources**
- ▶ **US Federal Resources**
- ▶ **Software & Technology**
- ▶ **Experts & Consultants**

## Business Resources

- ▶ **Business Discussion Forum**
- ▶ **Starting a Business**
- ▶ **Banking & Finance**
- ▶ **Accounting & Taxes**
- ▶ **Human Resources**
- ▶ **Business Organizations**
- ▶ **Incorporating Your Business**
- ▶ **Intellectual Property**
- ▶ **Contracts**
- ▶ **Permits & Licensing**
- ▶ **Operations**

## Message Boards

**General Discussion Forum**
**Practice Area Forums**
**For Legal Professionals**
**Legal Marketing Forums**
**For Businesses**
**For Law Students**

## Student Resources

- ▶ **Student Discussion Forum**
- ▶ **Law Schools**
- ▶ **Law Reviews & Journals**
- ▶ **Law School Exams**
- ▶ **Pre-Law**
- ▶ **Study Aids**
- ▶ **Student Organizations**
- ▶ **The Bar**
- ▶ **Other Student Resources**

### Legal News

**News! 1/8/2003**
**Trumpet Marketing Group Revitalizes Legal Website: LawyerFinder.com**

**Legal News**

### What's New!

**NEW!** Visit LawyerFinder's new **Practice Area Resource Guide**

**NEW!** Visit LawyerFinder's new **State Law Resource Guide**

**NEW!** Visit LawyerFinder's new **Legal Marketplace**. An excellent resource for for finding an expert witness, court reporter, process server, legal consultant and other legal support professionals.

**NEW!** LawyerFinder has launched a new resource for Legal Professionals called **Legal Marketing Resource Guide**. This portal is designed to provide tips, ideas, solutions and resources for law firm marketing.

*Sponsored by*

*Equifax*
**INTRODUCING THE TRULY FAST FAX ...**

Whether it's filing a deposition on time or keeping records of when you sent a document -- managing and tracking the flow of your faxes is critical. And more time consuming than you would like.

Now there's a better way. With Zetafax software you can send and receive faxes directly from your desktop computer. Point. Click. Fax. It's that easy and that fast!

**Click here to request a FREE evaluation CD today.**

## List Your Firm

Attract potential clients by listing yourself on LawyerFinder.com.
**Market your law firm with a "Basic Listing" or a "LawyerFinder Billboards™" !**

\*\*\* Sponsored Links \*\*\*

**Home** \* **About Us** \* **Disclaimer** \* **Privacy** \* **Contact Us** \* **Link to Us**
**Affiliate Program** \* **Add a Firm** \* **Advertising Info**

(Site Index)
©1997 -2003 Trumpet Marketing Group
**LawyerFinder ® is a registered trademark of Trumpet Marketing Group. All rights reserved.**

# *LawyerFinder.com*

**Find a lawyer | Legal Marketplace | Legal Professionals | Businesses | Students | Message Boards | Lawyer Billboards**

## Find a Lawyer by Area of Practice

| | |
|---|---|
| ▶ Administrative | ▶ Admiralty And Maritime |
| ▶ Adoption | ▶ Advertising |
| ▶ Agency | ▶ Agency and Distributorship |
| ▶ Agricultural | ▶ Antitrust And Trade Regulation |
| ▶ Appellate Practice | ▶ Aviation And Aerospace |
| ▶ Banking | ▶ Bankruptcy |
| ▶ Business | ▶ Capital Markets |
| ▶ Civil Law | ▶ Civil Rights |
| ▶ Commercial | ▶ Commercial Litigation |
| ▶ Computer | ▶ Constitutional |
| ▶ Construction | ▶ Consumer |
| ▶ Contracts | ▶ Controlled Substances |
| ▶ Copyright | ▶ Corporate |
| ▶ Credit | ▶ Criminal |
| ▶ Customs | ▶ Debtor And Creditor |
| ▶ Discrimination | ▶ Divorce |
| ▶ DUI - DWI | ▶ E-Commerce |
| ▶ Education | ▶ Elder |
| ▶ Election Campaign & Political | ▶ Eminent Domain |
| ▶ Employee Benefits | ▶ Energy |
| ▶ Entertainment And Sports | ▶ Environmental |
| ▶ Equine | ▶ ERISA |
| ▶ Ethics | ▶ Family |
| ▶ Finance | ▶ Franchising |
| ▶ Gaming | ▶ General Practice |
| ▶ Government | ▶ Government Contracts |
| ▶ Health Care | ▶ Human Rights |
| ▶ Immigration | ▶ Indians & Native Populations |
| ▶ Insurance | ▶ Intellectual Property |
| ▶ International | ▶ International Trade |
| ▶ Internet and Cyberspace | ▶ Investments |
| ▶ Joint Ventures | ▶ Labor And Employment |
| ▶ Legal Malpractice | ▶ Lemon |
| ▶ Licensing | ▶ Litigation |
| ▶ Media | ▶ Medical Malpractice |
| ▶ Medicare/Medicaid | ▶ Mergers And Acquisitions |
| ▶ Military | ▶ Motor Vehicle Accidents |
| ▶ Natural Resources | ▶ Occupational Safety & Health |
| ▶ Packaging | ▶ Patents |
| ▶ Personal Injury | ▶ Probate |
| ▶ Products Liability | ▶ Professional Liability |
| ▶ Property | ▶ Real Estate |
| ▶ Securities | ▶ Sexual Harassment |
| ▶ Social Security | ▶ Taxation |
| ▶ Technology And Science | ▶ Telecommunications |
| ▶ Toxic Torts | ▶ Trademarks |
| ▶ Traffic | ▶ Transportation |
| ▶ Trusts And Estates | ▶ Unfair Competition |
| ▶ Utilities | ▶ Veterans |
| ▶ White Collar Crime | ▶ Wills And Probate |
| ▶ Women's Rights | ▶ Workers Compensation |

### What's New!

**NEW!!! FEATURED LAW FIRMS!**
See our **Featured Law Firms**!

**NEW!!! Enhanced law firm profiles!**
Now, with our **LawyerFinder BillBoards for Law Firms**, you can make informed choices for legal counsel.   Not only can you locate a lawyer or lawfirm quickly and easily, you can review their credentials, visit their website or contact them directly from the LawyerFinder Directory!

**News!** 1/8/2003
**Trumpet Marketing Group Revitalizes Legal Website: LawyerFinder.com**

**Legal News**

### Site FEATURES!

**Do you have legal questions? Try posting your questions to LawyerFinder's Practice Area Forums!**

**Practice Area Resource Guide**

**State Law Resource Guide**

**Legal Marketplace.**
An excellent resource for for finding an expert witness, court reporter, process server, legal consultant and other legal support professionals.

**Trumpet's Legal Marketing Portal**
Resource for Legal Professionals designed to provide tips, ideas, solutions and resources for law firm marketing.

SITE SPONSOR



FirmPost Web Sites are professional web sites for law firms of all sizes. Choose from one of our **creative web designs** or **contact us** for a custom design for your law firm's internet presence.

LawyerFinder - Find Lawyers, Find an Attorney. Law, Legal

Case 1:12-cv-04382-RWS   Document 1-1   Filed 12/19/12   Page 13 of 25

2 of 3

▶ **Zoning Planning And Land Use**

**Find Legal Forms by State**
Buy specialized legal forms including, divorce, power of attorney, bankruptcy and more. Download complete legal forms with step by step instructions to complete your special area legal form.

**PLEASE NOTE:** Legal forms are sold for a fee from U.S. Legal Forms. LawyerFinder.com does not control or endorse any forms purchased from the site.

| | | | |
|---|---|---|---|
| Alabama | Alaska | Arizona | Arkansas |
| California | Colorado | Connecticut | Delaware |
| District of Columbia | Florida | Georgia | Hawaii |
| Idaho | Illinois | Indiana | Iowa |
| Kansas | Kentucky | Louisiana | Maine |
| Maryland | Massachusetts | Michigan | Minnesota |
| Mississippi | Missouri | Montana | Nebraska |
| Nevada | New Hampshire | New Jersey | New Mexico |
| New York | North Carolina | North Dakota | Ohio |
| Oklahoma | Oregon | Pennsylvania | Rhode Island |
| South Carolina | South Dakota | Tennessee | Texas |
| Utah | Vermont | Virginia | Washington |
| West Virginia | Wisconsin | Wyoming | |

## Special Legal Forms For All States

**Legal Forms For All States**

Buy specialized legal forms and contract templates including, divorce, power of attorney, bankruptcy and more. Download complete legal forms with step by step instructions to complete your special area legal form.

**PLEASE NOTE:** Legal forms are sold for a fee from U.S. Legal Forms. LawyerFinder.com does not control or endorse any forms purchased from the site.

| | |
|---|---|
| Acknowledgments | Incorporations Articles |
| Agreement Forms | Jury Instructions |
| Assignment - Mortgage | Landlord Tenant Law/Act |
| Assumptions | LandLord-Tenant |
| Bad Checks | Lease Applications |
| Bankruptcy | Leases - Commercial |
| Bill of Sale-All Forms | Leases - Residential |
| Bill of Sale-Automobile | Liens - Construction |
| Bill of Sale-Watercraft/Boat | Limited Liability - LLC |
| Blumberg Forms | Living Together |
| Buy - Sell Agreements | Living Trusts |
| Choice in Health Care | Living Trusts |
| Client Relations | Living Wills |
| Cohabitation Agreements | LLC - Dissolution |
| Complaints - Fed. | LLC - Formation |
| Complaints - State | LLC-Operating Agreement |
| Computers - Internet | Military Service Forms |
| Construction Liens | Mortgages |
| Consumer Credit | Mortgages - Assignments |
| Contract for Deed | Municipal-Attorneys |
| Copyright | Name Change |
| Corporate - Dissolution | Name Change -After Divorce |
| Corporate - Formation | Name Change-Brides |
| Corporate & Securities | Odometer Statement |
| Corporate Stock Certificates | Oil & Gas Forms |
| Corporation - Packages | Patents & Trademarks |
| Corporation Records | Power of Attorney |
| Court Directories | Pre-Incorporation |
| Credit Repair | Premarital-Agreements |
| Deeds | Professional Corporaton |
| Deeds of Trust | Professional LLC |
| Dissolve Corporation | Promissory Notes |
| Dissolve LLC | Property Settlement |
| Divorce - All Forms | Real Estate Closings |
| Divorce - No Children | Real Estate Contracts |
| Divorce - WorkSheets | Real Estate-Purchase offers |
| Domestic-Settlement | Residential Leases |
| Employment Forms | Satisfaction of Mortgage |
| Entertainment | Small Claims |
| Fair Debt Collection | Small Estates |
| Financial Statements | Social Security |
| FNMA Mortgage Forms | Special Order Forms |
| Foreclosure | Start a Business |
| Foreign Judgments | Stock Certificates |
| Franchise Forms | Tax Forms - Free |
| Health Care Directives | Trust Documents |
| Heirship Affidavits | UCC Forms |
| Home Sales Package | Wills for All States |
| Horse Forms | Workers' Compensation |

**Immigration**
**Incorporate Business**
**Incorporation Agreements**

Home * About Us * Disclaimer * Privacy * Contact Us *

Link to Us * Add a Firm * Advertising Info

The purpose of **LawyerFinder.com** is to provide a listing of attorneys and access to legal information and resources. **WE DO NOT PROVIDE LEGAL ADVICE.** We strive to make sure that the content provided on this site is as up-to-date and as accurate, as possible. However, we do not guarantee that ALL information is current since laws and information tends to change on a regular basis.

Listings by lawyers on LawyerFinder.com are provided strictly by the lawyers themselves. Although, we attempt to validate each listing before adding to the database, LawyerFinder.com is not responsible for errors and inaccuracies in listings or misrepresentation by attorneys. When viewing a listing, consider the state advertising restrictions to which lawyers and law firms must adhere and see our disclaimer & privacy policy...
Please direct all questions, comments, suggestions, etc to webmaster@lawyerfinder.com

©1997 -2003 Trumpet Marketing Group
FirmPost Websites provided by LegalMarketingPros.com
LawyerFinder ® is a registered trademark of Trumpet Marketing Group, LLC. All rights reserved.



# LawyerFinder.com

Find a Lawyer **Find a Lawyer** * **Find an Attorney**



**Find a Lawyer:**
Practice Area:          State:
ALL                     -- Choose --    Search



Home | Legal News | Legal Forms | Resources |Contact | For Attorneys

## Resources

- Featured Law Firms
- Personal Injury Resources
- Criminal Law Resources
- Intellectual Property Resources
- Estate Planning Resources

### Featured Firms

Frank A. Rubino, Esq. - MIAMI, FL
... (more)

Ogletree Abbott Law Firm - Houston, TX
... (more)

Cates, Hanson, Sargeant & Rakestraw, PLC - Phoenix, AZ
The "Legal Team" of Cates, Hanson, Sargeant & Rakestraw, PLC can handle all of your legal needs. Attorney William Sargeant w... (more)

Shihab & Associates, Co., LPA - Columbus, OH
... (more)

Munafo & Associates P.C. - Parker, CO
Our office is dedicated to helping you understand & protect your rights and your personal assets while maintaining your emoti... (more)

### Public Resources

Find Lawyers
Find Experts
Find Legal Forms

### Resources for Lawyers

Internet Marketing BLAWG
Law Firm Websites
LegalPracticePages™

## Welcome to LawyerFinder.com!

Thanks for visiting LawyerFinder.com. LawyerFinder.com is a simple search engine and directory designed to help visitors find lawyers and legal information. The LawyerFinder directory not only helps you **LOCATE LAWYERS**, but allows you to **contact lawyers** directly through the site ...or even **HAVE LAWYERS CONTACT YOU**!

Feel free to navigate through the site or use our easy search form found at the top of every page within the site!

To get started, choose a practice area below...

**Estate Law**
Estate Law
Elder Law
Probate
Wills and Trusts

**Family Law**
Adoption
Child Custody
Child Support
Divorce
Family Law

**Bankruptcy**
Business Bankruptcy
Personal Bankruptcy
Foreclosure

**Birth Injury**
Bell's Palsy
Birth Injury
Cerebral Palsy
Erbs Palsy
Shoulder Dystocia

**Business Law**
Administration
Advertising
Agency
Antitrust
Arbitration
Business Law
Collections
Commercial Litigation
Communications
Computer
Contracts
Copyright
Corporation
Equestrian
Equine
Franchise
Gaming
Insurance
Intellectual Property
International
Labor
Livestock

**Personal Injury**
Auto Accident
Air Bag Defects
Bus Accident
Car Fires
Class Action
Consumer Protection
Defective Car Seat
Defective Seatbelt
Dram Shop
Lemon Law
Mesothelioma
Motorcycle Accident
Paraplegia
Quadriplegia
Personal Injury
Railroad Accident
Spinal Cord Injury
Tire Recalls
Traumatic Brain Injury
SUV Rollovers
Trucking Accident
Wrongful Death

**Products Liability**
Accutane
Adderall
Arava
Asbestos
Ativan
Avandia
Baycol
Benzene
Bextra
Celebrex
Crestor
Enbrel
Ephedra
Fen Phen
Geodon
Guidant
Lariam
Lotronex
Manganese
Meridia
Metabolife
Medtronic Pacemaker

**Criminal Defense**
Appeals
Criminal Defense
Driving Violations
DUI
DWI
Federal Criminal Defense
Juvenile Defense

**Real Estate**
Zoning
Landlord
Real Estate
Tenant
Property
Eminent Domain
Land Development

**Transportation**
FELA
Railroad
Transportation

**Admiralty**
Admiralty
Maritime

**Aviation**
Aviation

**Immigration**
Immigration
Naturalization

**Government**
Civil Litigation
Civil Rights
Education
Government
Military and Armed Services
Native American Affairs
Privacy Law

**Entertainment Law**
Entertainment
Sports

**Environmental Law**

Mediation
Mergers And Acquisitions
Partnerships
Patents
Professional Licensing
Qui Tam
Securities
Securities Fraud
Taxation
Technology
Trademark
Whistle Blower

**Health Law**
Health Care
Medical Malpractice
Nursing Home Abuse

Neurontin
Oxycontin
Paxil
Permax
Plavix
Prempro
Products Liability
Prozac
Remicade
Rezulin
Rhogam
Risperdal
Serevent
Seroquel
Serzone
Stevens Johnson Syndrome
Strattera
Sudden Cardiac Death
Tardive Dyskinesia
Thimerosal
Viagra
Vioxx
Zicam
Zoloft
Zyprexa

Agriculture
Energy
Environmental Law
Natural Resources
Oil and Gas
Utilities
Water Rights

**Employment Law**
Age Discrimination
Employee Benefits
Employment Law
Sexual Harassment
Social Security Disability
Workers Compensation
Wrongful Termination

Home | About Us | Privacy & Disclaimer | Contact Us | Add your firm | Advertise

Affiliate Program | Affiliate Login | Firm Login

The purpose of **LawyerFinder.com** is to provide a listing of attorneys and access to legal information and resources. **WE DO NOT PROVIDE LEGAL ADVICE.** We strive to make sure that the content provided on this site is as up-to-date and as accurate, as possible. However, we do not guarantee that ALL information is current since laws and information tends to change on a regular basis.

Listings by lawyers on LawyerFinder.com are provided strictly by the lawyers themselves. Although, we attempt to validate each listing before adding to the database, LawyerFinder.com is not responsible for errors and inaccuracies in listings or misrepresentation by attorneys. When viewing a listing, consider the state advertising restrictions to which lawyers and law firms must adhere and see our disclaimer & privacy policy...

Please direct all questions, comments, suggestions, etc to webmaster@lawyerfinder.com

©1997-2005 Trumpet Marketing Group,LLC

FirmPost Websites provided by LegalMarketingPros.com

LawyerFinder ® is a registered trademark of Trumpet Marketing Group, LLC. All rights reserved.



# LawyerFinder™

## FIND LAWYERS & LEGAL INFORMATION

Find a Lawyer | Featured Law Firms | Legal Products & Support | Legal News | Legal Forms | Contact | For Attorneys

### Welcome to LawyerFinder.com!

Finding the right lawyer can be a daunting task. When you are facing legal issues you want answers from an experienced lawyer... *and you want answers right away!* For this reason, LawyerFinder.com makes it easy for you to find, research, screen and contact a lawyer with experience representing cases relating to your concern.

**Providing Legal Information and Attorney Profiles for 10 years!**
LawyerFinder.com is one of the oldest law firm directories on the Internet. Our easy search, navigation of legal information and comprehensive attorney profiles have helped people locate lawyers for over 10 years!

.Find Lawyer

**Choose an area of law:**
ALL
**Choose a state:**
-- Choose --     Search

Search by State | Advanced Search
Find lawyers



**Over 200 Legal Topics and Interest Areas**
LawyerFinder.com provides access to information, news, articles and attorney profiles for over 200 legal topics! All legal topics are broken down by U.S. state and geographic regions, so that you can **find a lawyer** to represent you in your area.

- Use our resources to educate yourself on your unique legal issue.
- Have lawyers contact you!
- Review lawyer profiles and information about individual law firms to identify the best lawyer to fit your needs.
- Contact lawyer and law firms immediately for consultations. Many of our representative law firms provide **FREE consultations**.

We welcome your feedback! If you have a suggestion on how we can improve this legal resource, please do not hesitate to contact us and let us know!

## *Select a Practice Area*

**Admiralty** and **Maritime** Lawyer

**Automobile Accident Lawyer**
**Bus Accident** , **Car Fires** , **SUV Rollovers** , **Trucking Accident** ,

**Aviation Lawyer**

**Bankruptcy Lawyer**
**Business Bankruptcy** , **Personal Bankruptcy** , **Foreclosure**

**Birth Injury Lawyer**
**Bell's Palsy** , **Birth Injury** , **Cerebral Palsy** , **Erbs Palsy** , **Shoulder Dystocia**

**Business Lawyer**
**Administration** , **Advertising** , **Agency** , **Antitrust** , **Arbitration** , **Business Law** , **Collections** , **Commercial Litigation** , **Communications** , **Computer** , **Contracts** , **Copyright** , **Corporation** , **Equestrian** , **Equine** , **Franchise** , **Gaming** , **Insurance** , **Intellectual Property** , **International** , **Labor** , **Livestock** , **Mediation** , **Mergers And Acquisitions** , **Partnerships** , **Patents** , **Professional Licensing** , **Qui Tam** , **Securities** , **Securities Fraud** , **Taxation** , **Technology** , **Trademark** , **Whistle Blower**

**Criminal Lawyer**
**Appeals** , **Criminal Defense** , **Driving Violations** , **DUI** , **DWI** , **Federal Criminal Defense** , **Juvenile Defense**

**Employment Lawyer**
**Age Discrimination** , **Employee Benefits** , **Sexual Harassment** , **Social Security Disability** , **Workers Compensation** , **Wrongful Termination**

**Entertainment Lawyer**
**Sports**

**Environmental Lawyer**
**Agriculture** , **Energy**

**Estate Lawyer**
**Elder Law** , **Probate** , **Wills and Trusts**

**Family Lawyer**
**Adoption** , **Child Custody** , **Child Support** , **Divorce**

**Health Care Lawyer**
**Medical Malpractice** , **Nursing Home Abuse**

**Defective Products & Recalls Lawyer**
**Tire Recalls** , **Medtronic Pacemaker** , **Products Liability** , **Guidant Defibrillator**

**Drug Litigation Lawyer**
**Accutane** , **Adderall** , **Arava** , **Asbestos** , **Ativan** , **Avandia** , **Baycol** , **Benzene** , **Bextra** , **Celebrex** , **Crestor** , **Enbrel** , **Ephedra** , **Fen Phen** , **Geodon** , **Lariam** , **Lotronex** , **Manganese** , **Meridia** , **Metabolife** , **Neurontin** , **Oxycontin** , **Paxil** , **Permax** , **Plavix** , **Prempro** , **Prozac** , **Remicade** , **Rezulin** , **Rhogam** , **Risperdal** , **Serevent** , **Seroquel** , **Serzone** , **Stevens Johnson Syndrome** , **Strattera** , **Sudden Cardiac Death** , **Tardive Dyskinesia** ,

**Personal Injury Lawyer**
**Air Bag Defects** , **Class Action** , **Consumer Protection** , **Defective Car Seat** , **Defective Seatbelt** , **Dram Shop** , **Lemon Law** , **Mesothelioma** , **Motorcycle Accident** , **Paraplegia** , **Quadriplegia** , **Personal Injury** , **Railroad Accident** , **Spinal Cord Injury** , **Traumatic Brain Injury**

**Government Lawyer**
**Civil Litigation** , **Civil Rights** , **Education** , **Military and Armed Services** , **Native American Affairs** , **Privacy Law**

**Immigration** and **Naturalization**

**Medical Malpractice Lawyer**
**Nursing Home Abuse**

**Natural Resources Lawyer**
**Oil and Gas** , **Utilities** , **Water Rights**

**Real Estate Lawyer**
**Tenant Law** , **Landlord Law**

**Transportation Lawyer**
**FELA** , **Railroad**

**Wrongful Death Lawyer**

**Zoning, Planning and Lane Use**
**Property** , **Eminent Domain** , **Land Development** , **Zoning**

Thimerosal , Viagra , Vioxx , Zicam , Zoloft ,
Zyprexa

Legal News

### Can Holder Hold Up to Capitol Hill Critics?

From the controversial pardons to his stance on harsh interrogation tactics, Attorney General nominee Eric Holder is ready to tackle tough questions from the Senate Judiciary Committee during his confirmation ...

### Midtown office tower lands first two tenants

Good news: Daniel Corp.'s Doug Guedry and Steve Baile are all smiles after signing two tenants for 1075 Peachtree.

### Brian L. Michaelis Appointed Chair of Seyfarth Shaw's Intellectual Property Practice Group

Seyfarth Shaw LLP , one of America's leading full-service law firms ,, announced today that Brian L. Michaelis , a partner based in the firm's Boston office , has been appointed Chair of the firm's Intellectual ...

### Tennessee ranks 12th in foreclosures

Foreclosures continue to hammer homeowners, including more than 51,000 Tennesseans.

### Tucson, Phoenix VAs report medical mix-ups

The Veterans Affairs medical facilities that reported software glitches resulting in the incorrect display of patient medical records from August to December 2008.

## Legal Marketplace

Expert Witnesses | Practice Support | Court Reporter | Process Server | Bail Bonds | Legal Investigator | Legal Software | Legal Technology | ADR (Alternative Dispute Resolution)

Home | About Us | Privacy & Disclaimer | Contact Us | Add your firm | Advertise

Affiliate Program | Affiliate Login | Firm Login

The purpose of **LawyerFinder.com** is to provide a listing of attorneys and experts and access to legal information and resources. **WE DO NOT PROVIDE LEGAL ADVICE.** We strive to make sure that the content provided on this site is as up-to-date and as accurate, as possible. However, we do not guarantee that ALL information is current since laws and information tends to change on a regular basis.

Listings by lawyers, businesses and experts on LawyerFinder.com are provided strictly by the lawyers,businesses or experts themselves. Although, we attempt to validate each listing before adding to the database, LawyerFinder.com is not responsible for errors and inaccuracies in listings or misrepresentation by listing professionals.. When viewing a listing, consider the state advertising rules to which lawyers and law firms must adhere and see our disclaimer & privacy policy.

©1997-2007 Trumpet Marketing Group,LLC

Legal Practice Pages provided by LegalMarketingPros.com

LawyerFinder®, Legal PracticePages™ and LifeTime Legal Links™ are trademarks of Trumpet Marketing Group, LLC. All rights reserved.



Enter a keyword..          ---------          **Add Listing**

## 1 Resources Listed in Over 17 Categories

| | |
|---|---|
| **Auto Accident** | **Bankruptcy** |
| **Child Custody** | **Civil Rights** |
| **Criminal Defense** | **Divorce** |
| **DUI** | **Employment** |
| **Estate Planning** | **Family Law** |
| **General Practice** | **Immigration** |
| **Medical Malpractice** | **Personal Injury** |
| **Real Estate** | **Securities** |
| **Wills Trusts Probate** | |

### Latest Article

**Example Website Article 2**

This is an example h1 title This is an example h2 title This is an example h3 title This is an example paragraph of text added via the admin area. This is an example par

### Recently Added Listings

   **Jaspon & Armas, P.A.**

## Welcome to LawyerFinder.com!

**Let us help you find the legal assistance you need. Search our database of lawyers and law firms.**

The purpose of **LawyerFinder.com** is to provide a world-wide listing of attorneys and experts and access to legal information and resources. **WE DO NOT PROVIDE LEGAL ADVICE.** We strive to make sure that the content provided on this site is as up-to-date and as accurate, as possible. However, we do not guarantee that ALL information is current since laws and information tends to change on a regular basis.

Listings on LawyerFinder.com are provided strictly by the lawyers,businesses or experts themselves. Although, we attempt to validate each listing before adding to the database, LawyerFinder.com is not responsible for errors and inaccuracies in listings or misrepresentation by listing professionals.. When viewing a listing, consider the state and/or country advertising rules to which lawyers and law firms must adhere and see our disclaimer & privacy policy.

## Recent Articles

Example Website Article 2
Example Website Article 1

# Exhibit C

**Paula Coulter**

| | |
|---|---|
| **From:** | Marion Smithberger |
| **Sent:** | Thursday, July 21, 2011 2:40 PM |
| **To:** | Jill Snitcher McQuain; Paula Coulter |
| **Subject:** | news from Atlanta re CLF |

**From:** Diane O'Steen [mailto:dosteen@atlantabar.org]
**Sent:** Thursday, July 21, 2011 2:37 PM
**To:** Marion Smithberger
**Cc:** Sheffey, Rita; Carla Brown
**Subject:** RE: Are you going to Toronto?

Hi Marion,

      Thanks so much for the update on Lawyer Finder. I will be delighted to talk to you about it in Toronto. I have copied our president, Rita Sheffey, who will be attending the NCBP meeting, so if you are staying over for that as you usually do, we may be able to include her in the conversation, too. And, I am copying Carla Brown, our LRIS Director to let her know about the ongoing discussion as well.

      See you in August. Diane

Diane O'Steen
Executive Director
Atlanta Bar Association
229 Peachtree Street, NE, Suite 400
Atlanta, GA 30303
404-832-6206

**From:** Marion Smithberger [mailto:marion@cbalaw.org]
**Sent:** Thursday, July 21, 2011 1:38 PM
**To:** Diane O'Steen
**Subject:** Are you going to Toronto?

Hi Diane,

I hope all is well in Atlanta.

Before Alex retired, I think you were talking to him about our online lawyer listing site, Columbus Lawyer Finder. At that time we did not have much hard data but now we do. I thought you may be interested in an update... business is very good. We have 85 subscribers at $150.00 a month. (compared to 240 subscribers on LRS). The overlap of CLF and LRS membership is about 1/3.

Since Alex and I saw you last, we have added a sister site in Las Vegas, the Clark County Lawyer Finder site (www.ClarkCountyLawyerFinder.com) which went live this month. I think John Norwine is also pleased with his site, Cincinnati Lawyer Finder (URL:www.CincyLawyerFinder.com) which went live to the public on April 1, 2011.

1

CBA_000165
CONFIDENTIAL

From our standpoint, the more bars participating in Lawyer Finder the greater the exposure and the brand identity for all of us, and ultimately it increases all of our organic rankings in online searches for each of the Lawyer Finder sites.

Last month our Columbus Lawyer Finder site again exceeded 2,300 unique visitors (LRS received about 2,000 calls). The family law category consistently receives the most traffic, followed by Employment/Labor Relations and Probate, Wills, and Estate Law rounding out the top 3 listing areas.  As you can see we have doubled our traffic.

If you would be interested more information on Lawyer Finder, please let me know and we can chat in Toronto.

I look forward to seeing you.

Marion

**Social network with the Columbus Bar:**
Join us on Facebook. Follow us on Twitter.
Get found on Columbus Lawyer Finder!







**Marion Smithberger**
Columbus Bar Foundation Executive Director
Lawyer Referral Service Director

Columbus Bar Association
175 S. Third St., Suite 1100
Columbus, OH 43215

**Phone:** 614/340.2070
**Fax:** 614/221.4850
**Email:** marion@cbalaw.org

www.cbalaw.org

2

CBA_000166
CONFIDENTIAL




*Next:*
*10/26/11*
*8:00 am*

**LAWYER FINDER UPDATE**
July 27, 2011

**STATISTICS:**

Subscriptions:
- Active: 85 (Annual - 25)
*(See attached)*

Google Traffic Report:
- Traffic is averaging over 2,200 unique visitors per month (2,237 visitors in the last 30 days)
- Currently spending @ $4,000/mo. for Google advertising
- Most Popular Categories in last 30 days:
    1. Family Law/Divorce/Support & Custody
    2. Employment & Labor Relations
    3. Probate, Wills and Estate Law
    4. DUI/Criminal/Traffic
    5. Small Business Law and Litigation
*(See attached)*

**PARTNERSHIPS:**

Live Partners:
- Cincinnati Lawyer Finder
- Clark County Lawyer Finder

Executed Letters of Intent:
- New Haven (Agreement Pending)
- Nashville

Current Discussions:
- Allegheny County
- Atlanta

**NOTEWORTHY:**

✓ Increased cap to 40 in family law listings.
✓ New promotion to new subscribers = First 30 days free to new members.
✓ CLF Networking Lunch for members and prospective members will be held on 7/2/11.
✓ CLF Sponsoring People's Law School:
    ○ October 19, 2011: Social Media/Internet/Privacy  - Mike Rankin, Moderator
    ○ October 26, 2011: Criminal Law - Judge James Green, Moderator
    ○ November 2, 2011: Employment Law - Nicole Moss, Moderator
    ○ November 9, 2011: Consumer Law - Vicki Jenkins, Moderator

**FOR DISCUSSION:**

➢ Suggestion: Conduct raffle for 3 mos. free subscription on CLF to CBA Sustaining Members

**CBA_001455**
**CONFIDENTIAL**

**COLUMBUS BAR SERVICES, INC.**
**MINUTES: July 27, 2011**

A meeting of the Board of Directors of Columbus Bar Services, Inc. was held on July 27, 2011. The following Board members were in attendance: Jen Adair, Belinda Barnes, Jim Bownas (8.15 a.m. arrival), Nelson Genshaft, Alvin Mathews, Sandy McIntosh, Mark Petrucci, Rich Simpson, Tom Washbush, Joe Winner, Mike Zatezalo, Frank Duffy, and Jill Snitcher McQuain. Also in attendance were Paula Coulter, Marion Smithberger and Kathy Wiesman.

1. **Minutes**
   Upon motion duly made and seconded, the Minutes of the April 27, 2011 meeting were approved.

2. **Board Reappointments**
   Jill Snitcher McQuain reported that the following CBS Board members had been reappointed for new three-year terms:

   Jen Adair   Belinda Barnes   Jim Bownas   Nelson Genshaft   Rich Simpson

   Mark Petrucci was also appointed to the Board as Columbus Bar Secretary/Treasurer

3. **Manpower**
   Manpower has not yet made a staffing placement for the Columbus Bar, but is currently working on four new openings for us. They recently completed a 150 piece mailing to past Columbus Bar staffing clients.

4. **ColumbusLawyerfinder.com**
   Paula Coulter distributed reports on CLF membership and activity from April through July. Clark County Bar Lawyer Finder is live in addition to Cincinnati Lawyer Finder. We have a letter of intent from the New Haven, CT Bar Association and are talking with the Atlanta and Alleghany County Bar Associations. There was discussion about possibly changing the fee arrangements, basing our revenue on a percentage of the partner bar's income for the Lawyer Finder.

   Due to demand, the maximum number of practitioners listed in the Family Law category on ColumbusLawyerFinder.com has been increased to 40. All current participants have been informed of the increase, and there were no objections.

   Paula Coulter will be hosting a networking lunch at the Columbus Bar later this week for potential CLF users. In addition, CLF will sponsor a People's Law School session planned for the fall.

5. **Court Reporting**
   Jill Snitcher McQuain raised the issue of the impact new technology is having on court reporters and whether there is an opportunity to partner with McGinnis & Associates, a long-time Columbus Bar partner, to develop new ideas. The Board elected to take no action at this time, but to continue to monitor the situation.

6. **LookingforSpace.com**
   Jill Snitcher McQuain reported that she had been approached by a broker offering a program called LookingforSpace.com as a member benefit. The program would allow Columbus Bar members to post office space for rent on a website for $75/month. Jill will move ahead with exploratory research, and barring any negative issues, the CBA will offer the service. Upon motion duly made and seconded, the Board approved the program, pending completion of the research.

7. **June Financials**
   Frank Duffy reported on the unaudited June financials. The income taxes are estimated, and the auditors will provide the final numbers when their audit is complete. Frank advised the Board that $16,000 in directory advertising will be written off due to NFP's failure to pay. The matter has been referred to a CBA Board member for collection.

CBA_001484
CONFIDENTIAL

## Paula Coulter

| | |
|---|---|
| **From:** | Marion Smithberger |
| **Sent:** | Tuesday, August 09, 2011 8:48 AM |
| **To:** | Paula Coulter |
| **Cc:** | Jill Snitcher McQuain |
| **Subject:** | CLF Follow-ups |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Paula,

gentle follow-ups w/

Diane O'Steen
Executive Director
Atlanta Bar Association
dosteen@atlantabar.org

Brant Bittner
Executive Director
Orange County Bar Association
brantb@ocbanet.org

Matthew Ridgely
Executive Director
Dade County Bar Association
mridgely@dadecountybar.org

 **Marion Smithberger**
Columbus Bar Foundation Executive Director
Lawyer Referral Service Director

 Columbus Bar Association
175 S. Third St., Suite 1100
Columbus, OH 43215

**Phone:** 614/340.2070
**Fax:** 614/221.4850
**Email:** marion@cbalaw.org

www.cbalaw.org



1

CBA_000311
CONFIDENTIAL